IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:18-cv-00728 |
| | ) | |
| VANDERBILT UNIVERSITY, | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| Defendant. | ) | |

## ORDER

Pending before the Court is the parties' Joint Motion to Dismiss Lawsuit and to Permit Plaintiff to Proceed as Jane Doe (Doc. No. 61), indicating all claims in this case have been resolved, and this case should be dismissed with prejudice. The Motion also asks the Court to allow the Plaintiff to continue under the pseudonym Jane Doe. The Court **GRANTS** the Motion. Accordingly, this case is **DISMISSED**, with prejudice, and the Plaintiff is permitted to proceed under the name Jane Doe.

All pending motions are **DENIED AS MOOT**. The trial scheduled for March 3, 2020, and the pretrial conference scheduled for February 24, 2020, are cancelled. The Clerk is directed to close the file.

This order shall constitute the final judgment pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR
UNITED STATES DISTRICT JUDGE